IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONCEPT SOFTWARE & SERVICES, INC., and VIJAYA RAJU KOVELAKAARU,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM P. BARR, Attorney General of the United States, U.S. Department of Justice; KEVIN K. MCALEENAN, Secretary, Department of Homeland Security; KENNETH CUCCINELLI, Director, U.S. Citizenship and Immigration Services; and LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services;<br><br>Defendants. | 8:20CV323<br><br>ORDER |

IT IS ORDERED that the motion to substitute, (Filing No. 19), is granted. Lynnett M. Wagner, Assistant United States Attorney, as counsel for the United States in the above-captioned case, hereby replaces April Denise Seabrook and Diana Viggiano Valdivia, Assistant United States Attorneys, United States Attorney's Office for the District of Columbia, as counsel of record for Defendants. April Denise Seabrook and Diana Viggiano Valdivia shall no longer receive electronic notice in this case.

Dated this 21st day of August, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge