IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONCEPT SOFTWARE & SERVICES, INC., and VIJAYA RAJU KOVELAKAARU,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM P. BARR, Attorney General of the United States, U.S. Department of Justice; KEVIN K. MCALEENAN, Secretary, Department of Homeland Security; KENNETH CUCCINELLI, Director, U.S. Citizenship and Immigration Services; LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; and CHAD F. WOLF, Acting Secretary for the United States Department of Homeland Security;<br><br>Defendants. | **8:20CV323**<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation of Dismissal without Prejudice (Filing No. 34) of this case. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to bear their own costs.

Dated this 23rd day of October, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge